KAREN P. HEWITT
United States Attorney
LEAH R. BUSSELL
Assistant U.S. Attorney
California State Bar No. 141400
Office of U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6181

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARIO AQUINO-BANDA, ) <br> ) <br> Defendant. ) <br> ) | Criminal No. 04cr1692-J <br><br> EX PARTE PETITION FOR <br> REMISSION OF FINE <br> AND ORDER THEREON |

The United States of America, by its undersigned attorneys, petitions this court pursuant to 18 U.S.C. § 3573, as amended by P.L. 100-690, Nov. 18, 1988, for remission of the fine and penalty assessment imposed in this case.

STATEMENT OF FACTS

1. On March 21, 2005, Magistrate Judge NAPOLEON A. JONES JR. rendered judgment against the above-captioned defendant, levying a fine of $500.00 with a $100.00 penalty assessment.

///
///
///
///

LRB:lap:2006z00339

2. On April 22, 2006, the United States Attorney's Financial Litigation Unit staff mailed the defendant a demand letter, addressed to the defendant while incarcerated at the Eloy Detention Center, Eloy, AZ. The defendant did respond.

3. Defendant Aquino-Banda was deported thru the San Ysidro, CA Port of Entry on February 3, 2007.

4. The United States Attorney has been unable to collect the fine.

5. 18 U.S.C. § 3573 provides that:

> Upon petition by the government that reasonable efforts to collect the fine or assessment are not likely to be effective, the court may in the interest of justice-
>
> 1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties . . . .

Public Law 100-690 (November 18, 1988) amends 18 U.S.C. § 3573 by providing that this statute shall apply to all fines and assessments, irrespective of the date of imposition.

6. The United States Attorney has determined that there is no reasonable likelihood that expending further efforts to collect this fine would produce any revenue to the United States. Any further effort would, in fact, be contrary to the interests of the United States because they would needlessly expend resources that could be better directed to areas with greater potential for recovery.

THEREFORE, the United States Attorney petitions this court for an order pursuant to 18 U.S.C. § 3573, as amended, remitting the fine and penalty assessment, including interest and penalty.

///
///
///
///
///
///
///
///

2

04CR1692-J

1 STATEMENT OF ACCOUNT:

2 Fine                         $500.00
  Penalty Assessment           $100.00
3     SubTotal                 $600.00
  Payments:                     125.00
4
  TOTAL DUE                    $475.00
5

6 DATED:

7
                              KAREN P. HEWITT
8                             United States Attorney

9
                              LEAH R. BUSSELL
10                            Assistant U.S. Attorney

11

12                            O R D E R

13 IT IS SO ORDERED.

   DATED: 4-20-07
14

15
                              NAPOLEON A. JONES, JR.
16                            Judge of the District Court

17

18

19

20

21

22

23

24

25

26

27

28

                                3                              04CR1692-J